JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| MARIBEL BURKE, | Case No.: 10-CV-08038-RGK-AJW |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER |
| ARMCON CORPORATION d/b/a COACHELLA VALLEY COLLECTIONS SERVICES, | |
| Defendant. | |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice, both sides to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: January 19, 2012

_____
Hon. R. Gary Klausner
United States District Judge

---

Stipulation of Dismissal and [Proposed] Order